No. 1002. HORN *v.* CIA DE NAVEGACION FRUCO, S. A., ET AL. C. A. 5th Cir. Certiorari denied. *John H. Tappan* for petitioner. *T. K. Jackson, Jr.,* for respondents.

No. 1016. THOMAS *v.* GEORGIA. Ct. App. Ga. Certiorari denied. *Frank B. Hester* and *Richard M. Hester* for petitioner. *Lewis R. Slaton* and *J. Robert Sparks* for respondent.

No. 1031. MORSE *v.* HINDMAN ET AL. C. A. 10th Cir.; and

No. 1081. MORSE *v.* HINDMAN ET AL. Sup. Ct. Kan. Certiorari denied. *Malcolm Miller* and *Robert Martin* for respondents in both cases.

No. 1042. GOULD ET UX. *v.* AMERICAN WATER WORKS SERVICE CO., INC., ET AL. Sup. Ct. N. J. Certiorari denied. *Herman A. Lingerman* for petitioners.

No. 1043. COHEN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *John M. Bray* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, John P. Burke,* and *John M. Brant* for the United States.

No. 1080. FLUOR CORP., LTD., ET AL. *v.* CUNNYNGHAM. C. A. 5th Cir. Certiorari denied. *Henry B. Alsobrook* and *James E. Blazek* for petitioners. *Robert B. Neblett, Jr.,* for respondent.